NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Mike L. Ireland,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. CV 17-2014 CAS (AGRx)<br><br>[~~Proposed~~] Judgment<br><br>Trial Date: November 6, 2018<br>Time: 9:30 a.m.<br>Courtroom: 8D<br>Location: First Street Courthouse<br>350 West First Street<br>Los Angeles, California |

    A trial was held in this case on November 6 and 7, 2019.  The jury returned a verdict against Mike L. Ireland and in favor of the United States of America.

    **IT IS ORDERED** that judgment is entered for the United States of America and the relief requested by Mike L. Ireland in his Complaint for Refund and Abatement of Trust Fund Recovery Penalties is denied.

    **IT IS SO ORDERED.**

DATED: April 19, 2019

_____
CHRISTINA A. SNYDER
United States District Judge

1